UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WHITE,<br><br>             Plaintiff,<br><br>     v.<br><br>TD BANK USA, N.A.,<br><br>             Defendant. | Case No.  15-cv-04761-MMC   (DMR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S CONSENT TO MAGISTRATE JUDGE JURISDICTION AND GRANTING PLAINTIFF'S REQUEST FOR EXTENSION TO FILE RESPONSE**<br><br>Re: Dkt. Nos. 16, 21 |

The court has reviewed Plaintiff's request to continue the deadline for her to file a response to Defendant's motion for a more definite statement and motion to dismiss the Defendant's consent to magistrate judge jurisdiction. Docket Nos. 16, 21.

Plaintiff states that she filed an opposition in state court and that she is able to amend her complaint to clarify her claims. Docket No. 21 at 1-2. The court hereby grants Plaintiff an extension. Plaintiff shall file her response to the Defendant's Motion for a More Definite Statement **by December 24, 2015**.

Plaintiff has also filed a motion to dismiss the Defendant's consent before a magistrate judge. Docket No. 16. This is not a cognizable motion and is accordingly denied. The court also notes that Plaintiff has subsequently filed consent to magistrate judge jurisdiction. Docket No. 20.

However, Plaintiff appears to argue that this case should be remanded to state court. Docket No. 16 at 2. In its notice of removal, Defendant claimed that federal jurisdiction is appropriate under 28 U.S.C. §1332(a) because the matter in controversy is between citizens of different states and the amount in controversy exceeds $75,000. Docket No. 1 at 2. If Plaintiff wishes to file a motion to remand the case to state court, she may do so **by December 24, 2015.**

The court refers Plaintiff to the section "Representing Yourself" on the Court's website,

located at http://cand.uscourts.gov/proselitigants, as well as the Court's Legal Help Centers for unrepresented parties. In Oakland, the Legal Help Center is located on the 4th Floor, Room 470S, of the United States Courthouse, 1301 Clay Street, Oakland. In San Francisco, the Legal Help Center is located on the 15th Floor, Room 2796, of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. Services are provided by appointment only. Sign up in the appointment book located on the table outside the door of the Legal Help Center in San Francisco or Oakland or call appointment line, which for both locations is (415) 782-8982.

**IT IS SO ORDERED.**

Dated: December 9, 2015

Donna M. Ryu
United States Magistrate Judge