UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WHITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TD BANK USA, N.A., et al.,<br><br>　　　　Defendants. | Case No.  15-cv-04761-DMR<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE DEADLINE FOR OPPOSITION TO MOTION DISMISS AS MOOT**<br><br>Re: Dkt. No. 31 |

On January 15, 2016, Plaintiff filed a motion to continue the January 19, 2016 deadline for her opposition to the Defendant's motion to dismiss. [Docket No. 31.] On January 19, 2016, Plaintiff filed her opposition to the Defendant's motion to dismiss. [Docket No. 32.]

In light of Plaintiff's filing of her opposition to Defendant's motion to dismiss by the January 19, 2016 deadline, her motion to continue her deadline to file her opposition is denied as moot.

**IT IS SO ORDERED.**

Dated: January 20, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge