DAVID I. DALBY SBN: 114750
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:  415-362-6000
Facsimile:    415-834-9070
ddalby@hinshawlaw.com

ELLEN SILVERMAN (Pro hac vice)
HINSHAW & CULBERTSON LLP
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone:  612-333-3434
Facsimile:    612-334-8888
esilverman@hinshawlaw.com

Attorneys for Defendant TD Bank USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WHITE, | Case Number:  15-cv-04761-DMR |
| Plaintiff(s), | |
| vs. | **CONSENT BY ALL PARTIES TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND [PROPOSED] ORDER** (AS MODIFIED) |
| TD BANK USA, N.A., | |
| Defendant(s). | |

On February 1, 2016, defendant TD Bank USA, N.A.'s ("TD Bank") respectfully requested that this Court change the date of the Case Management Conference and the hearing on Motion to Dismiss Plaintiff's Amended Complaint from February 11, 2016 to February 25, 2016.  Plaintiff Elizabeth White and TD Bank have conferred and Ms. White has provided her consent to move the Case Management

Conference and hearing date to February 25, 2016 at 11 a.m., with the approval of the Court.  Attached as Exhibit 1 is Plaintiff's email consenting to the date change.

Dated:  February 3, 2016        *s/ Ellen B. Silverman*
                                                  Hinshaw & Culbertson LLP
                                                  David I. Dalby
                                                  Ellen B. Silverman (Pro hac vice)
                                                  esilverman@hinshawlaw.com

                                                  Attorneys for Defendant TD Bank USA, N.A.

ORDER  (AS MODIFIED)

The above REQUEST AND PROPOSED ORDER is approved and the Case Management Conference and Defendant TD Bank USA, N.A.'s ("TD Bank") Motion to Dismiss Plaintiff's Amended Complaint shall be scheduled for ~~February 25, 2016~~ March 10, 2016 at 11 a.m.  Parties shall file updated joint case management conference statement by March 3, 2016.

IT IS SO ORDERED.AS MODIFIED.

Dated: February 3, 2016

_____
UNITED STATES MAGISTRATE JUDGE



121677816v1 0978064

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH WHITE,

    Plaintiff,

  v.

TD BANK USA, N.A., et al.,

    Defendants.

Case No.  4:15-cv-04761-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/3/2016, I SERVED a true and correct copy(ies) of the Order (As Modified) Re: Consent of Parties to Reschedule Case Management Conference and Hearing on Defendant's Motion to Dismiss Plaintiff's Amended Complaint, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth White
325 Lenox Avenue
Suite 206
Oakland, CA 94610

Dated: 2/3/2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU