UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WHITE,<br><br>        Plaintiff,<br><br>    v.<br><br>TD BANK USA, N.A., et al.,<br><br>        Defendants. | Case No.  15-cv-04761-DMR<br><br>**ORDER APPOINTING COUNSEL**<br><br>Re: Dkt. No. 40 |

Because the Plaintiff has requested and is in need of counsel to assist him/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Johanna Calabria and Tim Saulsbury of Durie Tangri LLP are hereby appointed as counsel for Plaintiff in this matter.

The scope of this appointment shall be for:

( )    all purposes for the duration of the case

( )    the limited purpose of representing the litigant in the course of

        ( )    mediation

        ( )    early neutral evaluation

        (X)    settlement

        ( )    briefing ( ) and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

_____

( )    discovery as follows: _____

_____

( )    other: _____

1   All proceedings in this action are hereby stayed until four weeks from the date of this
2 order.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project
3 Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: March 24, 2016

_____
DONNA M. RYU
United States Magistrate Judge