DURIE TANGRI LLP
JOHANNA CALABRIA (SBN 226222)
jcalabria@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorneys for Plaintiff
ELIZABETH WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELIZABETH WHITE,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TD BANK USA, N.A., as successor to Target National Bank,<br><br>　　　　　　　　　Defendant. | Case No. 4:15-cv-04761-DMR<br><br>**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br><br>Ctrm:　4, 3rd Floor<br>Judge:　Honorable Donna M. Ryu |

Pursuant to Federal Rule of Civil Procedure 26(f), Civil Local Rule 16-9, and the Standing Order for All Judges of the Northern District of California, the parties hereby submit this Joint Case Management Statement. Each party previously submitted an individual case management statement. Plaintiff Elizabeth White ("Plaintiff") previously submitted a Case Management Statement on January 25, 2016 (dkt #34) and Defendant TD Bank USA, N.A., as successor to Target National Bank ("Defendant") previously submitted a Case Management Statement on February 10, 2016 (dkt #39). On March 10, 2016, the Court issued an order referring Plaintiff to the Federal Pro Bono Project and appointing the law firm of Durie Tangri LLP as counsel for the limited purpose of representing Plaintiff in the course of settlement (dkt #40).

The parties have engaged in some discussions and informal exchange of information, but require more time to report further progress to the Court. Accordingly the parties jointly request a continuance of three weeks to June 22, 2016, to report the status of this matter to the Court.

Respectfully Submitted,

Dated:  June 1, 2016     **DURIE TANGRI LLP**

By:   */s/ Johanna Calabria*
         JOHANNA CALABRIA
         TIMOTHY C. SAULSBURY

Attorneys for Plaintiff Elizabeth White

Dated:  June 1, 2016     **HINSHAW & CULBERTSON LLP**

By:   */s/ Ellen B. Silverman*
         ELLEN B. SILVERMAN
         DAVID IAN DALBY

Attorneys for Defendant TD Bank USA, N.A.

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Johanna Calabria, attest that concurrence in the filing of this document has been obtained.

Dated:  June 1, 2016     */s/ Johanna Calabria*
                JOHANNA CALABRIA

**CASE MANAGEMENT ORDER**

In light of the parties' stipulation, the deadline for the parties to file a joint status report is continued until 6/22/2016.

IT IS SO ORDERED.

Dated: June 2, 2016



HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Johanna Calabria*
JOHANNA CALABRIA