UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>TD BANK USA, N.A., et al.,<br><br>    Defendants. | Case No.  15-cv-04761-DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO ENFORCE SETTLEMENT; DENYING STIPULATION TO SHORTEN NOTICE PERIOD**<br><br>Re: Dkt. Nos. 50, 51, 53 |

    Notice is hereby given to all parties that the hearing on Defendant TD Bank USA, N.A.'s motion to enforce settlement [Docket No. 51] noticed for hearing on July 20, 2016 is continued to August 11, 2016 at 11:00 a.m at the U.S. District Court, 1301 Clay Street, Oakland, California, 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars – Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

    The Case Management Conference previously scheduled for July 20, 2016 at 1:30 p.m. is also continued to August 11, 2016 at 11:00 a.m.  The parties' updated Case Management Statement is due August 4, 2016.

    The parties' stipulation to shorten the notice period on the motion to enforce the settlement [Docket No. 53] is denied.

**IT IS SO ORDERED.**

Dated: June 29, 2016

                                           Donna M. Ryu
                                         United States Magistrate Judge