DURIE TANGRI LLP
JOHANNA CALABRIA (SBN 226222)
jcalabria@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:    415-236-6300

Attorneys for Plaintiff
ELIZABETH WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELIZABETH WHITE,<br><br>                    Plaintiff,<br><br>       v.<br><br>TD BANK USA, N.A., as successor to Target National Bank,<br><br>                    Defendant. | Case No. 4:15-cv-04761-DMR<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR CONTINUANCE FOR THE CASE MANAGEMENT CONFERENCE AND HEARING**<br><br>Ctrm:   4, 3rd Floor<br>Judge:  Honorable Donna M. Ryu |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Elizabeth White ("Plaintiff") and Defendant TD Bank USA, N.A. ("Defendant"), stipulate and request that the Court enter an order permitting a continuance for the Case Management Conference and Hearing.

In support of the parties' stipulated request, the parties state as follows:

1.  On June 29, 2016, this Court denied the parties' stipulation shortening the notice period on Defendants' motion to enforce settlement, continued the Case Management Conference previously scheduled for July 20, 2016 to August 11, 2016, and also set the hearing on the motion to enforce settlement to that date. (Dkt. No. 55).

2.  Counsel for Plaintiff Ms. Elizabeth White, Ms. Johanna Calabria and Mr. Timothy Saulsbury, will both be out of town on previously scheduled vacations on August 11, 2016.

3.  The parties therefore have agreed, subject to the approval of the Court, to seek a continuance of the Case Management Conference and hearing on motion to enforce settlement from August 11, 2016 to August 25, 2016. Counsel for all parties are available on August 25, 2016. Consistent with the continuance of the Case Management Conference, and subject to the approval of the Court, the parties' updated Case Management Statement shall be due August 18, 2016.

4.  This above changes will not alter the date of any other event or deadline already fixed by Court order.

Accordingly, IT IS HEREBY STIPULATED, subject to approval of the Court, that Case Management Conference and hearing on motion to enforce settlement are continued to August 25, 2016, and the parties shall file an updated Case Management Statement by August 18, 2016.

Dated: July 1, 2016                                **DURIE TANGRI LLP**

                                                   By:  */s/ Johanna Calabria*
                                                        JOHANNA CALABRIA
                                                        TIMOTHY C. SAULSBURY

                                                   Attorneys for Plaintiff Elizabeth White

1 | Dated: July1, 2016 | **HINSHAW & CULBERTSON LLP**

By: _____*/s/ Ellen B. Silverman*_____
ELLEN B. SILVERMAN
DAVID IAN DALBY

Attorneys for Defendant TD Bank USA, N.A.

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Johanna Calabria, attest that concurrence in the filing of this document has been obtained.

Dated: July 1, 2016                     _____*/s/ Johanna Calabria*_____
JOHANNA CALABRIA

### ~~PROPOSED~~ ORDER

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED. IT IS SO ORDERED.

Dated: __July 1, 2016__         _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

[GRANTED — Judge Donna M. Ryu — United States District Court, Northern District of California seal]

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                      */s/ Johanna Calabria*
                                      JOHANNA CALABRIA